UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:23-CV-000147-JRG-DCP |
| ) | |
| CONTENTS UP TO $13,595.48 from BITPAY ) | |
| ACCOUNT NUMBERS 4179470003708205 and ) | |
| 4179470004143808 in the name of SCOTT REED ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

This matter is before the Court on United States Magistrate Judge Debra C. Poplin's Report and Recommendation [Doc. 17]. Judge Poplin recommends the Court grant the United States' Motion for Dfault [sic] Judgment and Final Order of Forfeiture [Doc. 15] and forfeit all Defendants in rem to the United States. None of the parties has timely objected to Judge Poplin's report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having now carefully reviewed the record, the Court agrees with Judge Poplin's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Judgment Order, it is hereby **ORDERED** and **ADJUDGED**:

1. The United States' Motion for Dfault [sic] Judgment and Final Order of Forfeiture [Doc. 15] is **GRANTED**; and

2. All Defendants in rem, as described in the report and recommendation, are hereby **FORFEITED** to the United States of America, and all right, title and

interest in and to all Defendants in rem are hereby **VESTED** in the United States of America under 21 U.S.C. § 881(h).

The Clerk of Court is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *LeAnna R. Wilson*
District Court Clerk